UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v. )<br> )<br>ROLANDER Y. GRICE )<br>_____) | DOCKET #: 3:03-CR-13-001 |

## NOTICE OF APPEAL

**ROLANDER Y. GRICE**, by and through his undersigned counsel, hereby gives notice, pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, that he is appealing the final judgment entered by Honorable United States District Court Judge, Frank D. Whitney, on June 16, 2010, to the United States Court of Appeals for the Fourth Circuit.

Respectfully submitted this the __16th___ day of June 2010.

**THE LAW OFFICE OF LUCKY T. OSHO, PC**

___s/_____
Lucky T. Osho
5222 Monroe Road, Suite 126
Charlotte, NC 28202
Tele: (704) 531-9311
Fax: 704-531-9311
E-mail: ltolaw@aol.com
North Carolina Bar #27383